United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-12111-mdc
Barry L. Penepacker                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Christina           Page 1 of 1           Date Rcvd: Oct 10, 2017
                             Form ID: pdf900           Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2017.
```
db          +Barry L. Penepacker,    506 Bridge Valley Road,    Pequea, PA 17565-9703
13932806    +Burke & Hess,    1672 Manheim Pike,    Lancaster, PA 17601-3028
13982871    +Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,    Atty for Pennsylvania Housing Finance Ag,
              701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13890213    +US Bank National Association,    Trustee for PA Housing Finance Agency,    211 North Front Street,
              PO Box 15057,    Harrisburg, PA 17105-5057
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr          +E-mail/Text: bncnotice@ph13trustee.com Oct 11 2017 01:58:42      WILLIAM C. MILLER,
              Office of the Chap. 13 Standing Trustee,    P.O. Box 1229,    Philadelphia, PA 19105-1229
smg          E-mail/Text: bankruptcy@phila.gov Oct 11 2017 01:58:25      City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 11 2017 01:58:00
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 11 2017 01:58:22      U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13980246    +E-mail/Text: blegal@phfa.org Oct 11 2017 01:58:14      PENNSYLVANIA HOUSING FINANCE AGENCY,
              211 North Front Street,    Harrisburg PA 17101-1406
                                                                                              TOTAL: 5
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2017                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2017 at the address(es) listed below:
```
          LEON P. HALLER   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com
          MICHAEL D. HESS   on behalf of Debtor Barry L. Penepacker amburke7@yahoo.com
          REBECCA ANN SOLARZ   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
           philaecf@gmail.com
                                                                                             TOTAL: 5
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BARRY L. PENEPACKER                        Chapter 13

                    Debtor        Bankruptcy No. 17-12111-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this __5th__ day of __October__, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
MICHAEL D. HESS
BURKE & HESS
1672 MANHEIM PK
LANCASTER, PA 17601-

Debtor:
BARRY L. PENEPACKER

506 BRIDGE VALLEY ROAD

PEQUEA, PA 17565-