United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-12111-mdc
Barry L. Penepacker                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett           Page 1 of 1            Date Rcvd: Dec 22, 2017
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 24, 2017.
db             +Barry L. Penepacker,    506 Bridge Valley Road,    Pequea, PA 17565-9703

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2017 at the address(es) listed below:
      LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
       PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,   dmaurer@pkh.com;mgutshall@pkh.com
      MICHAEL D. HESS    on behalf of Debtor Barry L. Penepacker amburke7@yahoo.com
      REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
       PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
       philaecf@gmail.com
                                                                                                           TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|     Barry L. Penepacker, | : | |
|         Debtor. | : | Bankruptcy No. 17-12111-MDC |

# O R D E R

    **AND NOW**, upon consideration of the Application for Compensation and Reimbursement of Expenses dated October 3, 2017 ("the Application"),[1] in which Michael D. Hess (the "Applicant") requests the allowance of compensation in the amount of $2,530.00 and the reimbursement of expenses in the amount $34.43 (the "Fee Amount").

    **AND**, this Court entered an Order dated October 5, 2017 (the "Dismissal Order"),[2] dismissing the Debtor's chapter 13 bankruptcy case.

    **AND**, the Dismissal Order did not provide for this Court's retention of jurisdiction pursuant to 11 U.S.C. §349(b)(3) over any undistributed chapter 13 plan payments in the possession of the Trustee, *see, e.g., In re Matthews*, Bky. No. 10-16869, 2012 WL 33213 (Bankr. E.D. Pa. Jan. 6, 2012); *In re Lewis*, 346 B.R. 89 (Bankr. E.D. Pa. 2006).

    **AND**, the deadline to have filed a notice of appeal of the Dismissal Order was October 19 2017. Fed. R. Bankr. P. 8002(a)(1).

    **AND**, entry of the Dismissal Order "revests the property of the estate in the entity in which such property was vested immediately before the commencement of the case under this title." 11 U.S.C. §349(b)(3).

    It is hereby **ORDERED and DETERMINED** that:

---

[1] Bankr. Docket No. 27.

[2] Bankr. Docket No. 30.

1. Due to the failure of any party to appeal the Dismissal Order, that ruling is final. *In re Lewis*, 346 B.R. 89, 101 n.12 (Bankr. E.D. Pa. 2006).

2. Because the Applicant failed to take any action to preserve his rights prior to the entry of the Dismissal Order, this Court can determine the absence of cause for overriding the presumptive return of the unclaimed funds to the Debtor. *See, e.g., In re Matthews*, Civ. No. 12-414, 2012 WL 3263599, *4 (E.D. Pa. Aug. 9, 2012).

3. Lacking jurisdiction to consider the Application, the Application is **DENIED**. *See* L.B.R. 2016-1(f) (governing procedure for disposition of fee applications without a hearing).

Dated:  December 21, 2017

_____
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Michael D. Hess, Esquire
Burke & Hess
1672 Manheim Pike
Lancaster, PA 17601-3028

William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107